UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**BILLY BALTHAZAR**
    **Plaintiff,**

  v.              CIVIL ACTION NO. 18-10590-RWZ

**KIRSTJEN NIELESN,**
**THOMAS HOMAN,**
**THOMAS BROPHY,**
**REX W. TILLERSON,**
**JAMES STORY, and**
**U.S. ATTORNEY**
    **Defendants.**

## ORDER

1. The Clerk shall issue summonses for service of the complaint on defendants.

2. The plaintiff shall serve the defendants in accordance with Federal Rule of Civil Procedure 4(m). Plaintiff may elect to have service made by the United States Marshals Service. If directed by the plaintiff to do so, the United States Marshals Service shall serve the summons, complaint, and this Order upon the defendant, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States. Notwithstanding this Order to the United States Marshal Service, it remains plaintiff's responsibility to provide the United States Marshal Service with all necessary paperwork and service information. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 90 days from the date of this Order to complete service.

 **So Ordered.**

DATE: 3/29/2018              /s/ Rya W. Zobel
                     **UNITED STATES DISTRICT JUDGE**